**Dismissed and Memorandum Opinion filed July 15, 2014**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00360-CV

---

## EUGANIEL EZELL, Appellant

### V.

## PERCY GRAYS, Appellee

---

**On Appeal from County Civil Court at Law No 2
Harris County, Texas
Trial Court Cause No. 1046449**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 5, 2014. The notice of appeal was filed on May 6, 2014. To date, the filing fee of $195.00 has not been paid. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent).

The record reflects appellant filed an affidavit to proceed without advance payment of costs on appeal. On May 13, 2014, the trial court signed an order sustaining a contest to appellant's claim of indigence. *See* Tex. R. App. P. 20.1

(listing requirements for establishing indigence).  Appellant did not seek review of the trial court's order.  *See* Tex. R. App. P. 20.1(j)(2).

On June 11, 2014, this court ordered appellant to pay the appellate filing fee on or before June 26, 2014, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. See Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Jamison and McCally.